460 A.2d 858

Commonwealth v. Pytak, Appellant.
Petition for Allowance of Appeal
Denied Nov. 16, 1983.

Before CERCONE, P.J., ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.

460 A.2d 858

Commonwealth, Appellant v. Simmons.

Commonwealth, Appellant v. Hampton.

Before JOHNSON, WATKINS and LIPEZ, JJ.

Orders affirmed.